UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MIGUEL TAMUP-TAMUP | Criminal Case No. 1:25-cr-00066-MSM-PAS<br><br>In Violation of 18 U.S.C. § 111(a)(1) & (b) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 30, 2025, in the District of Rhode Island, Defendant MIGUEL TAMUP-TAMUP did forcibly assault, resist, oppose, impede, and interfere with any person designated in 18 U.S.C. § 1114, who was engaged in official duties, and did through those acts inflict bodily injury, to wit TAMUP-TAMUP did forcibly assault, resist, oppose, impede, and interfere with R.R., an officer and employee of the Department of Homeland Security and engaged in the performance of her official duties, and TAMUP-TAMUP's acts inflicted bodily injury on R.R.,

In violation of 18 U.S.C. § 111(a)(1) & (b).

### COUNT 2

On or about April 30, 2025, in the District of Rhode Island, Defendant MIGUEL TAMUP-TAMUP did forcibly assault, resist, oppose, impede, and interfere with persons designated in 18 U.S.C. § 1114, namely W.M. and M.A, who were engaged in official duties and TAMUP-TAMUP's acts involved physical contact with W.M. and M.A.,

In violation of 18 U.S.C. § 111(a)(1).

SARA M. BLOOM,
Acting United States Attorney

*/signature/*

MILIND SHAH
Assistant U.S. Attorney

*/signature/*

LEE H. VILKER
Assistant U.S. Attorney
Chief, Criminal Division

A TRUE BILL:

███████████████

Grand Jury Foreperson

Date: June 11, 2025