CALENDAR CALL NOTICE

      Counsel of record in the below-captioned cases are hereby notified that the matters have been placed on the quarterly trial calendar call. The calendar call will be held before United States District Judge Mary S. McElroy on 7/18/2025 at 10:00 am via Zoom.

      In response to this notice, counsel must either: (1) attend the calendar call at the above-referenced date and time; or (2) file a motion to continue the matter to the next quarterly calendar call, which is scheduled for 10/17/2025 at 10:00 am. A motion to continue the calendar call must be assented to and filed 4 days prior to the calendar call and must conform to the provisions of LR Cr 12 and this notice. If a non-assented to motion to continue is filed, any objection must be filed within 2 days and the matter will remain on the quarterly calendar call.

      Counsel attending the calendar call must be prepared to select a date in the forthcoming 90-day period to hold the final pre-trial conference and the trial. Additionally, counsel attending the calendar call should be prepared to provide the Court with an estimate of the trial length.

Date:   6/23/2025

                                                    U.S. District Judge

https://www.zoomgov.com/j/1619255150
Meeting ID: 161 925 5150
Passcode: 235250

CASES

CR21-24MSM – USA v. John Quincy Adams
CR21-94MSM – USA v. Felix Robles
CR22-93MSM – USA v. Jeremy Barton
CR22-95MSM – USA v. Mayoer Vann
CR23-02MSM – USA v. Mike Kim
CR23-26MSM – USA v. Justin Duffer
CR23-62MSM – USA v. Alessio Dandrea
CR23-81MSM – USA v. Richar Pineda Novas
CR23-105-01MSM – USA v. Coty Eldred
CR23-105-02MSM – USA v. Marc Dure
CR23-105-03MSM – USA v. John Dailey
CR23-105-04MSM – USA v. Pedro Fabrelle
CR23-105-06MSM – USA v. Charles Lassiter
CR24-44-01MSM – USA v. Cyril Murray
CR24-44-02MSM – USA v. Angel Rivera
CR24-44-03MSM – USA v. Andre Williams
CR24-44-05MSM – USA v. Darren Camacho
CR24-44-06MSM – USA v. Fernando Camacho
CR24-53MSM – USA v. Meagan Shine
CR24-69MSM – USA v. Julio Diaz
CR24-70-01MSM – USA v. Joemil Torres-Rosario
CR24-70-02MSM – USA v. Thevenyn Nova Rosario
CR24-70-03MSM – USA v. Raymel Esmeraldo Mullix Vasquez
CR24-77-01MSM – USA v. Belter Giron
CR24-77-02MSM – USA v. Alberto Rivera
CR24-77-03MSM – USA v. Richard Robinson
CR24-77-04MSM – USA v. Onix Eduardo
CR24-88MSM – USA v. Jack Ranallo
CR24-89MSM – USA v. Jirui Liu
CR24-92MSM – USA v. Anthony Stevens
CR24-98MSM – USA v. Lennyn Perez
CR25-19MSM – USA v. Jason Johnson
CR25-30MSM – USA v. Nanjun Song
CR25-39MSM – USA v. Geisil Yancarlos Gonzalez
CR25-44MSM – USA v. Luis Martinez
CR25-46MSM – USA v. Joscar Ocasio Pantojas
CR25-47-01MSM – USA v. Nanjun Song
CR25-47-02MSM – USA v. Jirui Liu
CR25-47-03MSM – USA v. Xiang Li
CR25-47-04MSM – USA v. Xuehai Sun

CR25-47-05MSM – USA v. Fangzheng Wang
CR25-47-06MSM – USA v. Cynthia Jia Sun
CR25-66MSM – USA v. Miguel Tamup-Tamup
CR25-68MSM – USA v. Christian Carrion