**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | CR No. 25-00066-MSM-PAS |
| | ) | |
| **MIGUEL TAMUP-TAMUP** | ) | |

---

**MOTION TO DISMISS INDICTMENT**

    Now comes Miguel Tamup-Tamup, the Defendant, and respectfully moves this Honorable Court to dismiss the indictment in the above-captioned case. Mr. Tamup-Tamup makes this motion pursuant to Rule 12(b)(1) of the Federal Rules of Criminal Procedure because the government deported him to Guatemala during the pendency of the case.

    Mr. Tamup-Tamup submits the accompanying memorandum of law in support of his motion.

    Respectfully submitted
Miguel Tamup-Tamup
By his attorney,

/s/ Rebecca L. Aitchison, #8610
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 867-2814
rebecca_aitchison@fd.org

**CERTIFICATION**

    I hereby certify that a copy of this motion was delivered by electronic notification to Milind Shah, Assistant United States Attorneys, on August 1, 2025.

    /s/ Rebecca L. Aitchison