UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL TAMUP-TAMUP | Criminal Case No. 25-0066-MSM-PAS |

**GOVERNMENT'S RULE 48 MOTION TO
DISMISS INDICTMENT WITHOUT PREJUDICE**

      The government moves under Federal Rule of Criminal Procedure 48(a) for leave from the Court, to dismiss indictment without prejudice in the above-captioned matter. The matter is not presently at trial, and Defendant has been deported from the United States.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

SARA M. BLOOM
Acting United States Attorney

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
milind.shah@usdoj.gov

**CERTIFICATION OF SERVICE**

      On this 2nd day of September 2025, I caused the Government's Motion to Dismiss without Prejudice and accompanying memorandum in support and opposing Defendant's motion to dismiss with prejudice to be filed electronically and they available for viewing and downloading from the ECF system.

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney