UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL TAMUP-TAMUP,<br><br>Defendant. | Criminal Case No. 25-CR-0066-MSM |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) appeals to the United States Court of Appeals for the First Circuit from the district court's order (ECF No. 21), which granted defendant's motion to dismiss the indictment with prejudice (ECF No. 16) and denied in relevant part the government's motion to dismiss the indictment without prejudice (ECF Nos. 19 & 20). The district court's order was docketed September 17, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

SARA MIRON BLOOM
Acting United States Attorney


/s/ Milind Shah
MILIND SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  milind.shah@usdoj.gov

CERTIFICATION OF SERVICE

On this 16th day of October, 2025, I caused the within Notice of Appeal be filed electronically and it is available for viewing and downloading from the ECF system, which will serve it upon all counsel of record.

/s/ Milind Shah
MILIND SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: milind.shah@usdoj.gov